UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------------------------X
In Re:                                                              :
                                                                    :    Chapter 13
Princess Patterson                                                  :
                                                                    :    Case No. 17-14860
                                                                    :    Judge:  Barnes
                                                                    :    Trustee:  Marshall
                                                                    :    Hearing Date: 7/26/18 at 9:30 a.m.
-------------------------------------------------------------------------------------------X

## NOTICE OF MOTION TO AMEND ATTORNEY FEE ORDER

TO:
Chapter 13 Trustee , via ECF
US Trustee, 219 S. Dearborn Street, Chicago, IL 60604, via ECF
Princess Patterson, 756 S. Kostner Avenue, Unit 2, Chicago, IL  60624, via US Mail

     PLEASE TAKE NOTICE Robert V. Schaller has moved the court for an order amending the attorney fee order docketed as No. 31.  A copy of the motion and proposed order are attached.

     PLEASE TAKE FURTHER NOTICE that a hearing will be held on said motion on 7/26/18 at 9:30 a.m. before Judge Barnes or whoever is sitting in said Judge's stead at the following address:  Barnes, Room 744, 219 S. Dearborn, Chicago.

                                         Robert V. Schaller

                                         s/s Robert V. Schaller
                                         By:  Robert V. Schaller

Robert V. Schaller
700 Commerce Drive, Suite 500
Oak Brook, IL  60523
630-655-1233

## AFFIDAVIT OF SERVICE

     As an attorney, I certify under penalty of perjury that I mailed a copy of this notice (and the attached motion and order) to the above listed persons by depositing same in the U.S. Mail at a U.S. Post Office Box in Oak Brook, IL on July 20, 2018, postage prepaid, addressed to the people listed above.

                                         s/s Robert V. Schaller
                                         _____
                                         Robert V. Schaller

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------------------------X

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| Princess Patterson | : |
| | : Case No. 17-14860 |
| | : Judge: Barnes |
| | : Trustee: Marshall |
| | : Hearing Date: 7/26/18 at 9:30 a.m. |

------------------------------------------------------------------------------------------X

## MOTION TO AMEND ATTORNEY FEE ORDER

Robert V. Schaller of the Schaller Law Firm, P.C. moves this Court for an order amending the attorney fee order docketed as No. 31. In support of said motion, Schaller states as follows:

1. The Court previously entered an order awarding attorney's fees to Robert V. Schaller of the Schaller Law Firm, P.C.

2. The Court's fee order was docketed as No. 31.

3. The Order directed the Chapter 13 trustee to pay the awarded fees to the Schaller Law Firm, P.C.

4. Schaller has sold his bankruptcy law practice pursuant to ABA Model Rule 1.17 (Sale of Law Practice).

5. Schaller sold his practice to attorney Chad Hayward of the Law Offices of Chad M. Hayward, P.C., 50 S. Main Street, Naperville, IL 60540.

6. Schaller seeks an amendment to the fee order so that Schaller shall retain all legal fees received thus far and directing the Chapter 13 trustee not to tender any further fees to Schaller.

7. No future payments shall be made to Schaller.

Wherefore, Schaller prays that this Court amend the fee order docketed as No. 31 so that Schaller shall retain all legal fees received thus far and directing the Chapter 13 trustee not to tender any further fees to Schaller, and such other and further relief as the Court deems appropriate.

**Robert V. Schaller**

s/s Robert V. Schaller
By:  Robert V. Schaller

Robert V. Schaller
700 Commerce Drive, Suite 500
Oak Brook, IL  60523
630-655-1233